IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSHUA LOUDERBACK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to continue deadline for filing sentencing statement (filing 24) is granted. The defendant's sentencing statement and supporting brief are due on or before June 6, 2006.

June 1, 2006.  BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge