IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3142 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA LOUDERBACK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The joint oral motion of the parties is granted and the initial appearance on supervised release violation is continued from February 6 to February 13, 2009 at 11:00 a.m.

Defendant is required to be present for the hearing.

DATED this 5th day of February, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge