IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                           )<br>                      Plaintiff,       )<br>                                                           )<br>v.                                                        )<br>                                                           )<br>JOSHUA LOUDERBACK,              )<br>                                                           )<br>                      Defendant.   ) | Case No.  4:05CR3142 |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 54, now set for April 15, 2009, at 12:30 p.m. until a date certain in approximately 90 days.  The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 14th day of July, 2009, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 2nd day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge