```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )         4:05CR3142
                             )
      v.                     )
                             )
JOSHUA LOUDERBACK,           )         ORDER
                             )
           Defendant.        )
                             )

IT IS ORDERED:

Defendant's motion, filing no. 59, to file a restricted document is granted and the clerk is directed to maintain filing no. 60 as a restricted document.

DATED this 15th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge