```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3142 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA LOUDERBACK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon consideration of the defendant's motion to amend conditions of release and the government's acquiescence therein,

IT IS ORDERED, the motion, filing no. 58, is granted.

DATED this 15th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge