IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3142 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA LOUDERBACK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED,

1. Defendant's motion to amend conditions of release, filing no. 64, is granted and the requested move is approved.

2. The clerk is directed file the motion (filing no. 64) as a restricted access document.

DATED June 3, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge