IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:05CR3142 |
| | ) | |
| JOSHUA LOUDERBACK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 66, now set for July 14, 2009, at 1:00 p.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until Wednesday, September 16, 2009, at 1:00 p.m., before the undersigned.   The defendant is ordered to appear at such time.

Dated this 1st day of July, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge