IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                                )  | |
|                            Plaintiff,               ) | |
|                                                                ) | |
| v.                                                         ) | Case No.  4:05CR3142 |
|                                                                ) | |
| JOSHUA LOUDERBACK,             ) | |
|                                                                ) | |
|                           Defendant.           ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 68, now set for September 16, 2009, at 1:00 p.m. until a date certain in approximately 30 days.  The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 23rd day of October, 2009, at 2:30 p.m.  The defendant is ordered to appear at such time.

Dated September 4, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge