IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CR3142 |
| | ) | |
| JOSHUA LOUDERBACK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 72, now set for November 3, 2009, until a date certain in approximately one month. The Court, being fully advised in the premises, and noting that the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 4th day of December, 2009, at 1:30 p.m. The defendant is ordered to appear at such time.

Dated October 21, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge