IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3142 |
| ) | |
| JOSHUA LOUDERBACK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Motion to Release Compliance Bond, filing 75. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court shall release the compliance bond posted in this case in the amount of $3,000.00 to CBOL Inc., 2419 Lynn St., Lincoln, NE, 68503.

Dated this 10th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge