IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3142 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| JOSHUA LOUDERBACK, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant admitted that he violated his conditions of supervised release in December of 2009. I am now informed that the defendant has admitted that he accessed and viewed child pornography in February of this year during a polygraph session. I am also informed that the defendant invoked his Fifth Amendment privilege during the polygraph session. Furthermore, I am informed that there is difficulty finding a suitable place for the defendant to serve the previously ordered intermittent confinement. Therefore,

IT IS ORDERED that a hearing shall be held on Friday, March 19, 2010, at 12:00 noon, to consider what actions the court should take regarding the defendant's admission, the defendant's invocation of the Fifth Amendment privilege, and the difficulty finding a suitable place to serve the previously ordered intermittent confinement.

Dated March 10, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge